Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Alberto F Salgado
3250 N. Oak Park Avenue
Chicago, IL 60634
SSN: xxx–xx–2342 EIN: N.A.

Case No. : 15–07507
Chapter : 13
Judge : Carol A. Doyle

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES**
**OF REQUIRED DOCUMENT FOR DISCHARGE**

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: May 20, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Alberto F Salgado  
     Debtor

Case No. 15-07507-CAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: agalimba     Page 1 of 1     Date Rcvd: May 20, 2020  
                      Form ID: defdso13    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.  
db          +Alberto F Salgado,    3250 N. Oak Park Avenue,    Chicago, IL 60634-4640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:  
         Charles L. Magerski     on behalf of Debtor 1 Alberto F Salgado Cmagerski@sulaimanlaw.com,  
          charles@clmlawgroup.com;magerskicr85454@notify.bestcase.com  
         Jennifer M Rinn     on behalf of Creditor    Capital One Auto Finance Jennifer@rinnrichmanlaw.com  
         Joseph S Davidson     on behalf of Debtor 1 Alberto F Salgado jdavidson@sulaimanlaw.com,  
          courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com  
         Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov  
         Terri M Long     on behalf of Creditor    Wells Fargo Bank N.A. d/b/a Wells Fargo Dealer Services  
          tmlong@tmlong.com,   Courts@tmlong.com  
         Tom Vaughn     ecf@tvch13.net,    ecfchi@gmail.com  
                                                                                                               TOTAL: 6